30 A.3d 1102

**Danny CAMACHO, Petitioner**

v.

**COURT REPORTER; Honorable Karen Shreeves–Johns and Paul Riddell, Respondents.**

**No. 63 EM 2011.**

Supreme Court of Pennsylvania.

Oct. 24, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of October, 2011, the Application for Leave to File Original Process is **GRANTED,** and the "Complaint," treated as a Petition for Writ of Mandamus, is

**DENIED.** The Prothonotary is directed to strike the jurist's name from the caption.